FILED: April 6, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-2466
(1:13-cv-02134-JFM)
_____

PATRICIA JOLLY, on behalf of herself and others similarly situated

      Plaintiff - Appellant

v.

SUNSHINE FINANCIAL GROUP, LLC; LAW OFFICE OF J. SCOTT MORSE, LLC, d/b/a The Debt Recovery Law Center

      Defendants - Appellees

_____

RULE 42(b) MANDATE
_____

      This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

      This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

      */s/Patricia S. Connor, Clerk*